**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| **COREY LEWIS,** | ) | |
| | ) | |
| Plaintiff, | ) | **4:12-cv-00114-JAJ-CFB** |
| | ) | |
| v. | ) | **Judge Jarvey** |
| | ) | **Magistrate Judge Bremer** |
| **DIVERSIFIED COLLECTION,** | ) | |
| **SERVICES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES**

Plaintiff, COREY LEWIS, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing the terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. The parties shall file a stipulation of dismissal with prejudice forthwith.

        Respectfully submitted,
        **COREY LEWIS**


By:   s/ David Steen
      Attorney for Plaintiff

Dated: July 27, 2012

David J. Steen  (AT0009574)
LARRY P. SMITH & ASSOCIATES, LTD.
614 East Street
Hartford, IA  50118
Direct Dial:   (515) 418-9321
Facsimile:    (888) 418-1277
E-Mail:        dsteen@smithlaw.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| **COREY LEWIS,** ) | |
| ) | |
| **Plaintiff,** ) | **4:12-cv-00114-JAJ-CFB** |
| ) | |
| **v.** ) | **Judge Jarvey** |
| ) | **Magistrate Judge Bremer** |
| **DIVERSIFIED COLLECTION,** ) | |
| **SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**CERTIFICATE OF SERVICE**

**To:**   Benjamin P. Roach
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines IA 50309

    I, David Steen, an attorney, certify that on **July 27, 2012**, I shall cause to be served a copy of **Plaintiff's Notice of Settlement**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, Suite 2940, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

      \_\_\_\_  U.S. Mail            \_\_\_\_  Email
      \_\_\_\_  Federal Express/UPS    \_X\_\_  ECF

                                    By:   s/ David Steen
                                                Attorney for Plaintiff

Dated: July 27, 2012

David J. Steen  (AT0009574)
LARRY P. SMITH & ASSOCIATES, LTD.
614 East Street
Hartford, IA  50118
Direct Dial:   (515) 418-9321
Facsimile:     (888) 418-1277
E-Mail:         dsteen@smithlaw.us