**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| COREY LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12-cv-00114-JAJ-CFB |
| | ) | |
| v. | ) | Judge Jarvey |
| | ) | Magistrate Judge Bremer |
| DIVERSIFIED COLLECTION, | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT**

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:** August 23, 2012

| For Plaintiff, | For Defendant, |
|---|---|
| Corey Lewis | Diversified Collection Services, Inc. |
| | |
| /s David M. Marco | /s with consent Benjamin P. Roach |
| Larry P. Smith & Associates, Ltd. | Nyemaster Goode, P.C. |
| 205 N. Michigan Ave., Suite 2940 | 700 Walnut Street, Suite 1600 |
| Chicago, Illinois 60601 | Des Moines IA 50309 |
| **Telephone:** (312) 546-6539 | **Telephone:** (515) 283-3100 |
| **Facsimile:** (888) 418-1277 | **Facsimile:** (515) 283-3108 |
| **E-mail:** dmarco@smithlaw.us | **E-mail:** bproach@nyemaster.com |

1